# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS, | NO. CV 10-3474 ABC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, Corcoran State Prison, et al., | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 18, 2010.

*/s/ Audrey B. Collins*

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE